**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juliet M. De La Rosa, an individual, | No. CV-10-1803-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Arizona State University; and the Arizona Board of Regents, | |
| Defendants. | |

Plaintiff's complaint asserts a violation of the American with Disabilities Act. Doc. 1. Defendants have moved to dismiss the complaint for failure to state a claim to relief. Doc. 20. Plaintiff concedes that her ADA claim fails as a matter of law, but seeks leave to amend to assert a claim under the Rehabilitation Act. Doc. 22. Defendants do not oppose the proposed amendment. Doc. 23.

**IT IS THEREFORE ORDERED:**

1. Defendants' motion to dismiss (Doc. 20) is **granted**. The complaint (Doc. 1) is **dismissed** without prejudice.

2. Plaintiff's motion for leave to file an amended complaint (Doc. 22) is **granted**. Plaintiff shall file the proposed amended complaint (Doc. 22-1) by **May 31, 2011**.

3. Defendants shall answer or otherwise respond to the amended complaint within **14 days** after its service.  *See* Fed. R. Civ. P. 15(a)(3).

Dated this 25th day of May, 2011.

_____
David G. Campbell
United States District Judge